UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-CV-20264-GOODMAN [Consent Case]

ERIC EWING,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.

_____/

**JOINT NOTICE OF LOCATION OF
PREVIOUSLY FILED DEPOSITION TRANSCRIPTS
AND NOTICE OF FILING DEPOSITION TRANSCRIPTS**

Plaintiff, ERIC EWING, by and through undersigned counsel, pursuant to the Court's Paperless Order [D.E. 148], hereby files the following notice:

The following depositions have been previously filed:

    a. Rudolph Williams, D.E. 39-4.

    b. Gilbert Rotairo, D.E. 39-5.

    c. Maria Geraldine Peredo, D.E. 39-6.

    d. Monica Brocegue, D.E. 49-4.

    e. Kimberly Jones, D.E. 53-2.

    f. Alan Tefora, D.E. 59-1.

    g. John Schroth, P.A.-C, D.E. 137-1

The Parties hereby file the following depositions:

    1. Robert Ewing, Jr.

    2. Girish Divadiga.

1

3. Allison Harbart, M.D.

4. Amanda Lohr.

Respectfully submitted,

PHILIP D. PARRISH, P.A.
*Co-counsel for Plaintiff*
7301 SW 57th Court, Suite 430
Miami, Florida 33143
Tel.: 305-670-5550/Fax 305 670-5552
Email: phil@parrishappeals.com
           betty@parrishappeals.com

-AND-

**BRAIS LAW FIRM**
*Counsel for Plaintiff*
Dadeland Office Park
9300 S. Dadeland Blvd., Suite 101
Miami, Florida 33156
Telephone: (305) 416-2901
Facsimile:  (305) 416-2902

By: */s/ MICHELLE Y. GURIAN*
KEITH S. BRAIS
Florida Bar No.: 863319
kbrais@braislaw.com
MICHELLE Y. GURIAN
Florida Bar No.: 100312

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on September 28, 2021.  I also certify that the foregoing was served on all counsel or parties of record per the below **Service List** either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By:   */s/ Michelle Y. Gurian*
           Michelle Y. Gurian

## SERVICE LIST

*Ewing vs. Carnival Corporation*
Case No.: 19-cv-20264-GOODMAN

| | |
|---|---|
| KEITH S. BRAIS, ESQ.<br>Email: kbrais@braislaw.com<br>Florida Bar No.: 863319<br>MICHELLE Y. GURIAN, ESQ.<br>Email: mgurian@braislaw.com<br>Florida Bar No.: 100312<br>**BRAIS LAW FIRM**<br>Dadeland Towers<br>9300 S. Dadeland Blvd., Suite 101<br>Miami, Florida 33156<br>Telephone: (305) 416-2901<br>Facsimile: (305) 416-2902<br>*Attorneys for Plaintiff* | DAVID J. HORR, ESQ.<br>Email: dhorr@admiral-law.com<br>Florida Bar No.: 310761<br>**HORR, NOVAK & SKIPP, P.A.**<br>Two Datran Center, Suite 1700[!]9130 South Dadeland Boulevard, Miami, FL 33156<br>Telephone: (305) 670-2525<br>Facsimile: (305) 672-2526<br>*Attorneys for Defendant, Carnival Cruise Lines* |
| PHILIP D. PARRISH<br>Email: phil@parrishappeals.com<br>Florida Bar No.: 0541877<br>Email: betty@parrishappeals.com<br>**PHILIP D. PARRISH, P.A.**<br>7301 SW 57th Court, Suite 430<br>Miami, Florida 33143<br>Telephone: (305) 670-5550<br>Facsimile: (305) 670-5552<br>*Co-Counsel for Plaintiff* | DONNISE DESOUZA, ESQ.<br>Florida Bar No. 879398<br>ddesouza@carnival.com<br>**Carnival Cruise Lines**<br>3655 N.W. 87 Avenue<br>Miami, FL 33178-2428<br>Telephone: (305) 406-4838<br>Facsimile: (305) 406-4732<br>*Co-Counsel for Defendant, Carnival Cruise Lines* |