# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-cv-20264-CIV-GOODMAN
[CONSENT CASE]

ERIC EWING,

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendant.

_____/

**NOTICE OF PRESERVATION OF EVIDENCE FOR USE AT TRIAL**

| LOCATION & DESCRIPTION OF PROPERTY TO BE PRESERVED/REMOVED FROM SUBJECT VESSEL | DATE & TIME OF PRESERVATION/REMOVAL | DESCRIPTION |
|---|---|---|
| **Subject forward Pullman bunk bed, Cabin R298** *Carnival Ecstasy* | **Tuesday, October 18, 2022** [Time to be determined and furnished later when ship presence details are learned] | **Defendant will remove the subject forward Pullman bunk bed and all accompanying parts for the purpose of preserving for presentation at trial. This is the same bunk bed which was inspected by Plaintiff's liability expert, Dr. Kadiyala.** <br><br> **The bunk bed will be stored at S-E-A Limited's Ft. Lauderdale Office at 5410 N.W. 33rd Avenue, Suite 100, until time of trial.** <br><br> **Plaintiff is invited to attend and observe the subject forward Pullman bunk bed removal.** |

CASE NO.: 19-cv-20264-CIV-GOODMAN
Page 2

Dated: September 23, 2022

Respectfully submitted,

          */s/ Juan C. Perez, Jr.*
          **DAVID J. HORR**
          Florida Bar No. 310761
          **dhorr@admiral-law.com**
          JUAN C. PEREZ, JR.
          Florida Bar No.: 91581
          **jperez@admiral-law.com**
          HORR, NOVAK & SKIPP, P.A.
          Two Datran Center, Suite 1700
          9130 South Dadeland Boulevard
          Miami, FL 33156
          Telephone: (305) 670-2525
          Facsimile: (305) 670-2526

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on September 23, 2022, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

          */s/ Juan C. Perez, Jr.*
          **DAVID J. HORR**
          Florida Bar No. 310761
          **dhorr@admiral-law.com**
          JUAN C. PEREZ, JR.
          Florida Bar No.: 91581
          **jperez@admiral-law.com**

## SERVICE LIST

**KEITH S. BRAIS, ESQ**.
Email: **kbrais@braislaw.com**
Florida Bar No.: 863319
**MICHELLE Y. GURIAN, ESQ.**
Email: **mgurian@braislaw.com**
Florida Bar No.: 100312
BRAIS LAW FIRM
Dadeland Towers
9300 S. Dadeland Blvd., Suite 101
Miami, Florida 33156
Telephone: (305) 416-2901
Facsimile: (305) 416-2902
*Attorneys for Plaintiff*

**David J. Horr**
Florida Bar No.: 310761
**dhorr@admiral-law.com**
**Juan C. Perez, Jr.**
Florida Bar No.: 91581
**jperez@admiral-law.com**
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL 33156
Telephone: (305) 670-2525
Facsimile: (305) 670-2526
*Attorneys for Defendant*

**PHILIP D. PARRISH**
Email: **phil@parrishappeals.com**
Florida Bar No.: 0541877
Email: **betty@parrishappeals.com**
PHILIP D. PARRISH, P.A.
7301 SW 57th Court, Suite 430
Miami, Florida 33143
Telephone: (305) 670-5550
Facsimile: (305) 670-5552
*Co-Counsel for Plaintiff*