# EXHIBIT "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 19-cv-20264-GOODMAN
[CONSENT CASE]

ERIC EWING,

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendant.
_____/

## DEFENDANT'S THIRD SUPPLEMENTAL RULE 26 DISCLOSURE

The Defendant, CARNIVAL CORPORATION, by and through undersigned counsel, and pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, files its Third Supplemental Disclosure as follows:

**(A)(ii) Description of documents and/or tangible things to be used to support defenses:**

1. Subject forward Pullman bunk bed and all accompanying parts. To be removed from *Carnival Ecstasy* on October 18, 2022.

2. Video IMG_4617.MOV.

3. Video IMG_4618.MOV.

4. Standard cutlery set delivered to passenger cabins as part of room service order.

CASE NO.: 19-CV-20264-GOODMAN
[CONSENT CASE]
Page 2

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on September 23, 2022, served via email the foregoing document on all counsel of record or pro se parties identified on the attached Service List.

/s/ *Juan C. Perez, Jr.*
**David J. Horr**
Florida Bar No.: 310761
dhorr@admiral-law.com
**Juan C. Perez, Jr.**
Florida Bar No.: 91581
jperez@admiral-law.com
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL  33156
Telephone: (305) 670-2525
Facsimile:  (305) 672-2526
*Attorneys for Defendant*

## SERVICE LIST

**Keith Brais**
Florida Bar No.: 0863319
kbrais@braislaw.com
**Michelle Y. Gurian**
Florida Bar No.: 100312
mgurian@braislaw.com
BRAIS LAW FIRM
9300 S. Dadeland Blvd., Suite 101
Miami, FL  33156-2704
Telephone: (305) 416-2901
Facsimile:  (305) 416-2902
*Attorneys for Plaintiff, Eric Ewing*

**David J. Horr**
Florida Bar No.: 310761
dhorr@admiral-law.com
**Juan C. Perez, Jr.**
Florida Bar No.: 91581
jperez@admiral-law.com
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL  33156
Telephone: (305) 670-2525
Facsimile:  (305) 672-2526
*Attorneys for Defendant, Carnival Corporation*

**Donnise DeSouza Webb**
Florida Bar No. 879398
ddesouza@carnival.com
Carnival Cruise Lines
3655 N.W. 87 Avenue
Miami, FL  33178-2428
Telephone: (305) 406-4838
Facsimile:  (305) 406-4732
*Co-Counsel for Defendant, Carnival Corporation*